## 28976. DAVIS v. THE STATE.

GARDNER, J. The evidence for the State was wholly circumstantial, and did not exclude every reasonable hypothesis save that of the guilt of the accused. It was just as reasonable to be believed that the whisky belonged to the witness Vaughn who claimed it, and who testified for the defendant.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 24, 1941.

*Dallas Mobley,* for plaintiff in error.
*Roy Leathers, solicitor-general,* contra.